# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 20, 2024

## NO. 03-23-00544-CV

**Christine Marie Richey, Individually and as Trustee of the Sherrell J. Pflueger Revocable Trust, Appellant**

**v.**

**Christopher Brouse, Appellee**

## APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
## AFFIRMED IN PART; DISMISSED FOR WANT OF JURISDICTION IN PART -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on August 29, 2023. We dismiss this appeal for want of jurisdiction to the extent it challenges the probate court's order denying Richey's special appearance. Having otherwise reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment in all other respects. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.